

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00623-CV

Richard **RAMIREZ** Jr. and Amanda Aleman,
Appellants

v.

**WILMINGTON SAVINGS FUND SOCIETY2, FSB**, d/b/a Christiana Trust, as Trustee for
the CSMC 2017-FHA1 Trust, Mortgage-Backed Notes, Series 2017-FHA1,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04630
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

Delivered and Filed: April 2, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due December 20, 2024 and was not filed. On January 13, 2025, we ordered appellants to file, by February 12, 2025: (1) their brief; and (2) a written response reasonably explaining their failure to timely file a brief. In our order, we cautioned the appellants that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellants have not filed a brief or otherwise responded to our order. Because appellants have failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM